UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN APALTEK CO., LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASETEK DANMARK A/S,<br><br>Defendant. | Case No. 23-cv-01079-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Orrick for consideration of whether the case is related to *Asetek Danmark A/S v. Shenzhen Apaltek Co., LTD.*, No. 22-cv-06179-WHO.

**IT IS SO ORDERED.**

Dated: April 12, 2023



JON S. TIGAR
United States District Judge