Robert F. McCauley (SBN 162056)
  robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
  arpita.bhattacharyya@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

*Attorneys for Plaintiff*
*ASETEK DANMARK A/S*

Kyle D. Chen (SBN 239501)
  kchen@gtlaw.com
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:     (650) 289-7887
Facsimile:     (650)857-0663

David S. Bloch (SBN 184530)
  blochd@gtlaw.com
**GREENBERG TRAURIG, LLP**
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone:     (415) 590-5110
Facsimile:     (415) 707-2010

*additional attorneys listed in signature block*
*Attorneys for Defendants*
*SHENZHEN APALTEK CO., LTD., A/K/A*
*SHENZHEN ANG PAI TECHNOLOGY CO.,*
*LTD., and GUANGDONG APALTEK LIQUID*
*COOLING TECHNOLOGY CO., LTD., A/K/A*
*GUANGDONG ANG PAI LIQUID COOLING*
*TECHNOLOGY CO., LTD., OR DONGGUAN*
*APALCOOL*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>              Plaintiff,<br><br>       v.<br><br>SHENZHEN APALTEK CO., LTD., A/K/A SHENZHEN ANG PAI TECHNOLOGY CO., LTD., and GUANGDONG APALTEK LIQUID COOLING TECHNOLOGY CO., LTD., A/K/A GUANGDONG ANG PAI LIQUID COOLING TECHNOLOGY CO., LTD., OR DONGGUAN APALCOOL,<br><br>              Defendants. | CASE NO. 3:22-cv-06179-WHO<br><br>**STIPULATED REQUEST TO CONTINUE HEARING ON MOTION FOR ATTORNEYS' FEES BY ONE WEEK; [PROPOSED] ORDER**<br><br>Location:     Courtroom 2, 17th Floor<br>Judge:        Hon. William H. Orrick |

1    Due to a previously-scheduled family vacation for counsel for Plaintiff Asetek Danmark A/S

2  ("Asetek") that includes August 9, 2023, the date the Court recently reset for the hearing on

3  Defendants' Motion for Attorneys' Fees (Dkt. 100), Asetek and Defendants Shenzhen Apaltek Co.,

4  Ltd., and Guangdong Apaltek Liquid Cooling Technology Co., Ltd. (collectively, "Apaltek")

5  respectfully request and stipulate that the Court continue the hearing on Apaltek's motion by one

6  week, from August 9, 2023 at 2:00 PM to August 16, 2023 at 2:00 PM. The requested continuance

7  will not affect any other dates in this case (which was dismissed by Court order (Dkt. 97)).

8

9  Dated: July 13, 2023                    **FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP**

10

11                                         By:   */s/ Robert F. McCauley*
                                                  Robert F. McCauley (SBN 162056)
12                                                robert.mccauley@finnegan.com
                                                  Arpita Bhattacharyya (SBN 316454)
13                                                arpita.bhattacharyya@finnegan.com
                                           **FINNEGAN, HENDERSON, FARABOW,**
14                                            **GARRETT & DUNNER, LLP**
                                                  3300 Hillview Avenue
15                                                Palo Alto, California  94304
                                                  Telephone:(650) 849-6600
16                                                Facsimile: (650) 849-6666

17                                         *Attorneys for Plaintiff
                                           ASETEK DANMARK A/S*

18

19

20  Dated: July 13, 2023                    **GREENBERG TRAURIG, LLP**

21                                         By:   */s/ David S. Bloch*

22                                                Kyle D. Chen (SBN 239501)
                                                  kchen@gtlaw.com
23                                         **GREENBERG TRAURIG, LLP**
                                                  1900 University Avenue, 5th Floor
24                                                East Palo Alto, CA 94303
                                                  Telephone:(650) 289-7887
25                                                Facsimile: (650)857-0663

26                                                David S. Bloch (SBN 184530)
                                                  blochd@gtlaw.com
27                                         **GREENBERG TRAURIG, LLP**
                                                  101 Second Street, Suite 2200
28                                                San Francisco, CA 94105
                                                  Telephone:(415) 590-5110

1

Facsimile: (415) 707-2010

2

C. Mark Stratton (TX SBN 19359200)
  strattonm@gtlaw.com

3

Janis E. Clements (TX SBN 04365500)
  clementsj@gtlaw.com

4

Joseph W. Shaneyfelt (TX SBN 24105406)
  shaneyfeltj@gtlaw.com

5

**GREENBERG TRAURIG, LLP**

6

300 West 6th Street, Suite 2050
Austin, Texas 78701

7

Telephone: (512) 320-7200
Facsimile: (512) 320-7210

8

James L. Ryerson (*pro hac vice*)
  ryersona@gtlaw.com

9

**GREENBERG TRAURIG, LLP**

10

500 Campus Drive, Suite 400
Florham Park, NJ 07932

11

Telephone: (973) 360-7900
Facsimile: (973) 301-8410

12

*Attorneys for Defendants*

13

*SHENZHEN APALTEK CO., LTD., A/K/A*
*SHENZHEN ANG PAI TECHNOLOGY CO., LTD.,*
*and GUANGDONG APALTEK LIQUID COOLING*

14

*TECHNOLOGY CO., LTD., A/K/A GUANGDONG*
*ANG PAI LIQUID COOLING TECHNOLOGY CO.,*

15

*LTD., OR DONGGUAN APALCOOL*

16

17

**ATTESTATION**

18

Counsel for Plaintiff Asetek hereby attests by his signature below that concurrence in the

19

filing of this document was obtained from counsel for Defendants Apaltek.

20

21

Dated: July 13, 2023

22

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

23

24

By: ___*/s/ Robert F. McCauley*___

Robert F. McCauley

25

*Attorneys for Plaintiff*
*ASETEK DANMARK A/S*

26

27

28

1

**[~~PROPOSED~~] ORDER**

2

3       PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, the Hearing on

4  Defendants' Motion for Attorneys' Fees (Dkt. 100) is continued to August 16, 2023, at 2:00 p.m.

5

6

7  Dated: July 14, 2023      _____

8                            The Honorable William H. Orrick
                             United States District Court Judge
9                            Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28